**No. 10-9877. James Arthur Biggins, Petitioner v. Joseph F. Biden, III, Attorney General of Delaware, et al.**

563 U.S. 1025, 131 S. Ct. 2939, 180 L. Ed. 2d 231, 2011 U.S. LEXIS 4170.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 9 A.3d 475.